IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MELVIN WASHINGTON                                                                              PLAINTIFF

V.                                          NO. 2:07CV00076 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice.  The relief sought is DENIED.

IT IS SO ADJUDGED this 23rd day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE